# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES REOPENING/CLOSING

___ Scan
___ Priority
___ Send
___ Clsd
___ Enter
_X_ JS-5/(JS-6)
___ JS-2/JS-3

Case No. __SACV 04-894-GLT(RCx)__          Date __January 20, 2005__

Title __R&S TRADING CO. INC. V WAL-MART STORES, INC., ET AL__

Present __GARY L. TAYLOR__, Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiff                    Attorneys for Defendant

Not Present                                Not Present

Proceedings:     ☐ In Court     X In Chambers     ☐ Counsel Notified

☐   Case previously closed in error. Make JS-5.

X   Case should have been closed on entry dated __10/18/04__. Make JS-6.

☐   Case settled but may be reopened if settlement is not consummated within __ days. Make JS-6.

☐   Other _____

☐   Entered _____.

DOCKETED ON CM
JAN 20 2005
BY ____

CV-74 (08/97)                    Initials by Deputy Clerk __LB__

/14/